IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS M. MAYS,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN POTTER,<br><br>    Defendant.<br>_____/ | No. C 06-04760 JSW<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings.

    **IT IS SO ORDERED.**

Dated: February 1, 2007

                                                           JEFFREY S. WHITE<br>                                                            UNITED STATES DISTRICT JUDGE

cc:    Wings Hom