SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
JOANN M. SWANSON (California Bar No. 88143)
Chief, Civil Division
JENNIFER S WANG (California Bar No. 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorneys for Defendant
JOHN E. POTTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIS M. MAYS, | Case No. C 06-4760 EMC |
|     Plaintiff, | **STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIALITY** |
|     v. | |
| JOHN E. POTTER, Postmaster General, | |
|     Defendant. | |

    Subject to the approval of this Court, plaintiff Doris M. Mays and defendant John E. Potter, by and through their undersigned counsel, hereby stipulate to the following protective order:

    The parties agree that entry of the following protective order is necessary in order to: (1) facilitate discovery of information without document by document controversy concerning confidentiality; (2) protect employees of the United States Postal Service from undue annoyance, embarrassment, oppression, burden and expense resulting from public disclosure or use for purposes other than this litigation of confidential information that the parties will disclose in discovery; and (3) avoid violation of the Privacy Act as codified at 5 U.S.C. §522a. The parties therefore request that the Court enter the following protective order pursuant to Federal Rule of Civil Procedure 26(c).

**STIPULATED ORDER**

All documents obtained from defendant in response to discovery requests made under the Federal Rules of Civil Procedure or made pursuant to any disclosure requirement, including initial disclosure requirements, that are contained within any EEO file, medical file, injury compensation file, or any personnel file of any person other than the plaintiff (the "Documents") shall be subject to the following restrictions:

1.  The Documents and the information contained therein shall be used only for purposes of this litigation and not for any other purpose;

2.  Neither the Documents nor the information contained therein shall be disclosed to anyone other than (a) the attorney employed by plaintiff and the attorney's staff; (b) the parties; (c) actual or potential third-party witnesses; (d) outside experts or consultants retained by any of the parties or their counsel for purposes of this litigation; (e) the Court in further proceedings herein; (f) stenographic deposition reporters; and (g) other persons whom the parties mutually agree upon in writing;

3.  There shall be no reproduction of the Documents, except that, as required by the litigation, copies, excerpts, or summaries may be shown to those authorized in Paragraph 2;

4.  Except as otherwise provided in Paragraphs 2 and 3, all of the Documents shall remain in the custody of plaintiff's attorney of record during the pendency of the litigation;

5.  Upon final determination of this litigation, including all appeals, all of the Documents, including copies, extracts or summaries thereof, produced by defendant that pertains to any person other than the plaintiff herein, shall be returned to defendant's counsel.  Notwithstanding this paragraph, however, the plaintiff's attorney may retain one copy of each pleading and other document filed with the Court that contains any of the Documents covered by this Order.  Furthermore, nothing in this paragraph shall be construed to require plaintiff or her attorney to turn over any attorney work-product; and

6.  This Stipulation and Protective Order is without prejudice to the right of any party to seek modification of it from the Court.  It shall remain in effect until such time as it is modified, amended or rescinded by the Court and shall survive termination of this action.  The

1  Court shall have continuing jurisdiction to modify, amend, or rescind this Stipulation and
2  Protective Order notwithstanding the termination of this action.
3
4  **IT IS SO STIPULATED.**
5
6                                               SCOTT N. SCHOOLS
                                                United States Attorney
7
8  November 1, 2007                  ___/s/_____
9                                               JENNIFER S WANG
                                                Assistant United States Attorney
10                                              *Attorneys for Defendant*
11
12
13 October 31, 2007                  ___/s/_____
                                                WILLIAM HOPKINS
                                                *Attorney for Plaintiff*
14
15
16
17 **APPROVED AND SO ORDERED**.
18
   DATED: ____November 2, 2007____          _____
19                                              EDWARD M. CHEN
                                                United States Magistrate Judge
20
21
22
23
24
25
26
27
28