UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS M. MAYS,<br><br>   Plaintiff,<br><br>  v.<br><br>JOHN POTTER, *et al.*,<br><br>   Defendants.<br>_____/ | No. C-06-4760 EMC<br><br><br>**ORDER RE PLAINTIFF'S INDEPENDENT MEDICAL EXAMINATION**<br><br>**(Docket Nos. 39-41)** |

   Having considered the parties' respective letters as well as the oral argument of counsel at the expedited telephonic hearing, the Court hereby orders that Defendant shall be permitted to take a psychiatric independent medical examination of Plaintiff. Plaintiff's discovery responses indicate that she plans to offer expert testimony to support her claim that she suffered emotional distress. *See* Docket No. 40. This opens the door to an IME. *See Schlagenhauf v. Holder*, 379 U.S. 104, 116-19 (1964) (noting that, under Rule 35, a party may be subject to a physical or mental examination if the party's physical or mental condition is in controversy and good cause is shown for the examination); *see also Turner v. Imperial Stores*, 161 F.R.D. 89, 95 (S.D. Cal. 1995) (noting that "courts will order plaintiffs to undergo mental examinations where the cases involve, in addition to a claim of emotional distress, one or more of the following: 1) a cause of action for intentional or negligent infliction of emotional distress; 2) an allegation of a specific mental or psychiatric injury or disorder; 3) a claim of unusually severe emotional distress; 4) plaintiff's offer of expert testimony to support a claim of emotional distress; and/or 5) plaintiff's concession that his or her mental

///

condition is 'in controversy' within the meaning of Rule 35(a)").

       This order disposes of Docket Nos. 39-41.

       IT IS SO ORDERED.

Dated: November 15, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge