United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS M. MAYS,<br><br>        Plaintiff,<br><br>       v.<br><br>JOHN POTTER, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-06-4760 EMC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE TRIAL DATE; AND GRANTING IN PART PLAINTIFF'S REQUEST TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>**Docket No. 52** |

    Plaintiff filed a Request to Continue Trial, Vacate Trial Date and Continue Motion on Summary Judgment (*see* Docket No. 52) on December 21, 2007.

    Upon consideration of the request, the Court **DENIES** the request to continue the March 10, 2008 trial date and related pretrial dates and deadlines.

    Further, the Court **GRANTS IN PART** Plaintiff's request to continue the hearing date on Defendant's Motion for Summary Judgment, currently scheduled for January 10, 2008 at 10:30 a.m. The motion will be heard on **January 16, 2008 at 10:30 a.m.** The revised briefing schedule is as follows: Plaintiff's Opposition shall be filed by 4:00 p.m. on December 31, 2007; Defendant's Reply shall be filed by 4:00 p.m. on January 7, 2008.

    This order disposes of Docket No. 52.

    IT IS SO ORDERED.

Dated: December 21, 2007

                                              _____
                                              EDWARD M. CHEN
                                              United States Magistrate Judge